UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BOOKER THEODORE WADE, JR.   No. C- 14-03453 HRL
Appellant.

        Appellant,

v.

        Appellee.
_____/

Bankruptcy Case: 13-50376

Adversary No.:

BAP No.:

Appellant: Booker Theodore Wade Jr.

This Court has received a copy of the Notice of Appeal in the above reference case upon election of direct appeal to the District Court.

The appeal has been assigned the following case number, **C- 14-03453**  before the Honorable
 Lucy H. Koh .

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing.

Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length 30 days after the record on appeal has been entered on the District Court docket.

The appellee must serve and file a brief not exceeding 25 pages in length 20 days after service of appellant's brief.  If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

The appellant must serve and file a reply brief not exceeding 15 pages in length 10 days after service of appellee's brief.  If the appellee has filed a cross-appeal, the appellant  must include its opposition in its reply brief .

The appellee may serve and file a reply to the opposition to any cross appeal not exceeding 15 pages in length 10 days after service of appellant's brief.

Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, if needed; otherwise, the matter will be deemed submitted for decision.

Dated: Jul 30, 2014

                                For the Court
                                Richard W. Wieking, Clerk

_____
By: Deputy Clerk

cc: USBC
     Counsel of Record

Bkcy Intake (5-08)