UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BOOKER THEODORE WADE, JR., | Case Number: CV14-03453 LHK |
| Debtor, | **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2014, I SERVED a true and correct copy of Docket 9, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copies into an inter-office delivery receptacle located in the Clerk's office.

Booker Theodore Wade
605 Forst Avenue
Palo Alto, CA 943031

John Stephen Wesolowski
United States Trustee
280 South First Street, # 268
San Jose, Ca 95113

Dated: October 10, 2014

                                                          Richard W. Wieking, Clerk
                                                        By: Stacy Sakamoto, Deputy Clerk