FILED

OCT 29 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: BOOKER THEODORE WADE, Jr.,<br><br>Debtor.<br>_____<br><br>BOOKER THEODORE WADE, Jr.,<br><br>Petitioner - Appellant,<br><br>v.<br><br>ARLENE STEVENS,<br><br>Respondent - Appellee,<br><br>and<br><br>FRED HJELMESET; et al.,<br><br>Trustees. | No. 14-17124<br><br>D.C. No. 5:14-cv-03453-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: BERZON and BYBEE, Circuit Judges.

Appellant's emergency motion for a stay pending appeal is denied.

The briefing schedule established previously remains in effect.

SL/MOATT