United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE BOOKER T. WADE JR.,<br><br>Debtor. | Case No.:14-CV-03453-LHK<br><br>**ORDER STAYING CASE AND ADMINISTRATIVELY CLOSING CASE FILE** |

On July 30, 2014, Mr. Booker T. Wade ("Mr. Wade") filed a notice of appeal from an order of the U.S. Bankruptcy Court entitled "Order Converting Case to Chapter 7." ECF No. 1. On October 3, 2014, Mr. Wade filed an emergency *ex parte* motion to compel arbitration, ECF Nos. 3 & 4, which this Court denied on October 9, 2014, ECF No. 5. On October 29, 2014, Mr. Wade appealed the Court's order denying Mr. Wade's emergency *ex parte* motion to compel arbitration to the Ninth Circuit Court of Appeals. ECF No. 8.

Pending the Ninth Circuit Court's disposition of Mr. Wade's appeal, this matter remains STAYED and ADMINISTRATIVELY CLOSED until further order of the court.

1

Case No.: 14-CV-03453-LHK
ORDER STAYING CASE AND ADMINISTRATIVELY CLOSING CASE FILE

1   **IT IS SO ORDERED.**

2   Dated: February 18, 2015

3   _____

    LUCY H. KOH
4   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 14-CV-03453-LHK
ORDER STAYING CASE AND ADMINISTRATIVELY CLOSING CASE FILE

United States District Court
Northern District of California